UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JAMES R. E., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 4:22-cv-04165-SLD-JEH |
| | ) |
| KILOLO KIJAKAZI, | ) |
| | ) |
|     Defendant. | ) |

### ORDER

Before the Court is a Joint Stipulation to Remand to the Commissioner ("Joint Stipulation"), ECF No. 9. The parties request that the Court reverse the Acting Commissioner of Social Security's ("the Commissioner") decision and remand the cause for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), which authorizes the Court to "enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner . . . , with or without remanding the cause for a rehearing."

Upon remand, the administrative law judge will provide Plaintiff James R. E. the opportunity for a new hearing and will "evaluate whether an impairment or combination of impairments meets or medically equals the severity of a listed impairment in 20 C.F.R. Part 404, Subpart P, Appendix 1; evaluate Plaintiff's residual functional capacity; evaluate the medical opinion evidence; and if warranted, obtain additional vocational expert testimony." Joint Stipulation 1.

The Court finds the remand request appropriate. Accordingly, the Joint Stipulation to Remand to the Commissioner is GRANTED. The Commissioner's decision in this matter is REVERSED, and the cause is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Clerk is directed to enter judgment and close the case.

2

Entered this 26th day of April, 2023.

                                                  s/ Sara Darrow
                                                  SARA DARROW
                                  CHIEF UNITED STATES DISTRICT JUDGE